ORIGINAL

# In the United States Court of Federal Claims

No. 16-17C
(Filed February 12, 2016)
NOT FOR PUBLICATION

FILED

FEB 12 2016
U.S. COURT OF
FEDERAL CLAIMS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |
|---|---|
| STANLEY HOWARD, | \* |
| Plaintiff, | \* |
| v. | \* |
| THE UNITED STATES, | \* |
| Defendant. | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On February 8, 2016, the Clerk's office received from Mr. Howard a document that was not filed at that time because it lacked proof of service, a proper case caption, and the necessary copies. The document was not, on its face, of a type appropriate for filing. Upon close review, however, the document appears to be a request from Mr. Howard that the Court reconsider the January 29, 2016 dismissal, on the ground that the United States includes the state of Delaware. Despite the aforementioned defects, the Clerk's office is directed to file the document as a motion for reconsideration under Rule 59 of the Rules of the United States Court of Federal Claims.

Mister Howard's motion reflects his continued failure to understand our court's jurisdiction. This Court only has jurisdiction over certain cases brought against the United States government and not cases challenging the actions of state or local governments or officials. *Vlahakis v. United States*, 215 Ct. Cl. 1018, 1018 (1978). Since the Court does not have jurisdiction over his claim, the Court has no power or authority to conduct the mediation that Mr. Howard requests. Plaintiff's motion for reconsideration is therefore **DENIED**.

**IT IS SO ORDERED.**

VICTOR J. WOLSKI
Judge